# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **CAROLYN M. TOWNER,** | § | |
| | § | |
| **Plaintiff** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO.** |
| | § | |
| **SAKS & COMPANY, LLC DBA** | § | **JURY** |
| **SAKS FIFTH AVENUE/OFF 5TH** | § | |
| **a Delaware Limited Liability** | § | |
| **Company,** | § | |
| | § | |
| **Defendant** | | |

---

## DEFENDANT SAKS, INC.'S
## NOTICE OF REMOVAL

---

NOW INTO COURT, through undersigned counsel, comes SAKS, INC. (hereinafter referred to as "Defendant" or "SAKS, INC."), the Defendant in the action styled CAROLYN M. TOWNER v. SAKS, INC., bearing cause number 2021-16533 in the District Court of Harris County, Texas, 334th Judicial District, reserving all rights and defenses, to notice of removal of that Texas state court civil action to the United States District Court for the Southern District of Texas, Houston Division, and upon information and belief, represents as follows:

1.    Plaintiff Carolyn Towner is an individual who is a resident of Texas.

2.      Defendant SAKS, INC. is a Tennessee corporation with its principal place of business in the state of New York.

3.      Defendant SAKS & COMPANY, LLC is a Delaware corporation. The sole member of the LLC is Defendant SAKS, INC., which is incorporated in Tennessee and has its principal place of business in the state of New York.

4.      On May 12, 2021, Plaintiff filed her first amended petition against Defendant SAKS, INC. in the 334th District Court of Harris County, Texas, alleging damages for negligence.

5.      On May 20, 2021, Plaintiff served the Texas Secretary of State with the lawsuit by certified mail.

6.      Subsequently, the Texas Secretary of State forwarded the summons and complaint and on May 24, 2021 Defendant SAKS, INC. received the summons and complaint.

7.      Removal is proper under 28 USC. §1441(a) as there is complete diversity of citizenship between the parties and the amount in controversy exceeds $75,000.00. 28 USC. §1332. *See* Exhibit B, *Plaintiff's First Amended Petition* ("Petition"), p. 2, section III, Jurisdiction and Venue.

8.      Plaintiff brings claims for negligence.

9.      SAKS, INC. and SAKS & COMPANY, LLC are the only defendants remaining in this action.  SAKS & COMPANY, LLC consents to the removal of this lawsuit to federal court.

10.     Thirty (30) days have not elapsed since the date this case became removable. Accordingly, Removal is timely under 28 U.S.C. §1446(b).

11.     Venue is proper in this district under 28 U.S.C. §1441(a) because the state court where the suit has been pending is located in this district.

12.     Pursuant to 28 U.S.C. §1446(d), Defendant served a copy of this Notice of Removal on Plaintiff and filed the same with the Clerk of the 334th Judicial District Court of Harris County, Texas.

13.     Under 28 U.S.C. §1446(a) and local rule LR CV-81, the following exhibits are attached hereto and are incorporated by reference:

**Exhibit A**:   All executed process in the case;

**Exhibit B**:   Pleadings;

**Exhibit C**:   Consent of Removal from Defendant SAKS & COMPANY, LLC.;

**Exhibit D**:   The docket sheet;

**Exhibit E**:   An index of matters being filed;

**Exhibit F**:   A list of counsel of record, including addresses, telephone numbers and parties represented.

14.     Plaintiff demanded a jury trial in the state-court suit.

15.     By this Notice of Removal, SAKS, INC. does not waive any objections it may have as to service, jurisdiction or venue, or any other defenses or objections it may have to this action. SAKS, INC. intends no admission of fact, law or liability by this Notice, and expressly reserves all defenses, motions and/or pleas.

WHEREFORE PREMISES CONSIDERED; Defendant SAKS, INC.  hereby notices removal of Plaintiff's Texas State Court Action to this Honorable Court.

Respectfully submitted,

**GORDON & REES**
**SCULLY MANUKHANI, LLP**

_____
**MICHAEL JOHN RAMIREZ**
State Bar No. 00788238
mramirez@grsm.com
**THEODORE C. YARBROUGH**
State Bar No. 24093655
tyarbrough@grsm.com
2100 Ross Avenue, Suite 3700
Dallas, Texas 75201
214-231-4713 Telephone
214-461-4053 Facsimile

**ATTORNEYS FOR DEFENDANTS**

parseFloat

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served in accordance with TEXAS RULE OF CIVIL PROCEDURE 21a upon the following party on June 18, 2021:

> *Via Eservice*
> Jennine Hovell-Cox
> Law Offices of Jennine Hovell-Cox
> P.O. Box 16276
> Sugar Land, Texas 77496
> hovellcoxlaw@hotmail.com

_____

**MICHAEL JOHN RAMIREZ**