# Exhibit A

**7019 2280 0000 0782 0323**



CAUSE NO. 202116533

RECEIPT NO. 930180            75.00     CTM
\*\*\*\*\*\*\*\*\*\*               TR # 73853634

PLAINTIFF: TOWNER, CAROLYN M                     In The    334th
      vs.                                                            Judicial District Court
DEFENDANT: SAKS & COMPANY LLC (DBA SAKS FIFTH AVENUE/OFF 5TH)    of Harris County, Texas
                                                                                   334TH DISTRICT COURT
                                                                                   Houston, TX

CITATION (CERTIFIED)
THE STATE OF TEXAS
County of Harris

TO: SAKS & COMPANY LLC (DBA SAKS FIFTH AVENUE/OFF 5TH) (IS A DELAWARE
    LIMITED LIABILITY COMPANY) MAY BE SERVED BY SERVING ITS REGISTERED
    AGENT CORPORATION SERVICE COMPANY
    OR WHEREVER IT MAY BE FOUND

    211   E 7TH STREET SUITE 620    AUSTIN   TX   78701

    Attached is a copy of <u>PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR DISCLOSURE</u>

This instrument was filed on the <u>22nd day of March, 2021</u>, in the above cited cause number
and court. The instrument attached describes the claim against you.

    YOU HAVE BEEN SUED, You may employ an attorney. If you or your attorney do not file a
written answer with the District Clerk who issued this citation by 10:00 a.m on the Monday
next following the expiration of 20 days after you were served this citation and petition,
a default judgment may be taken against you. In addition to filing a written answer with the
clerk, you may be required to make initial disclosures to the other parties of this suit. These
disclosures generally must be made no later than 30 days after you file your answer with the
clerk. Find out more at TexasLawHelp.org.
TO OFFICER SERVING:
      This citation was issued on 24th day of March, 2021, under my hand and
seal of said Court.



                                                                *Marilyn Burgess*

Issued at request of:                             MARILYN BURGESS, District Clerk
HOVELL-COX, JENNINE                             Harris County, Texas
PO BOX 16276                                           201 Caroline, Houston, Texas 77002
SUGAR LAND, TX 77496                           (P.O. Box 4651, Houston, Texas 77210)
Tel: (832) 209-2296
Bar No.: 24002313                                  Generated By: MOMON, RHONDA   HWP//11710318

---

CLERK'S RETURN BY MAILING

Came to hand the _____ day of _____, _____, and executed by
mailing to Defendant certified mail, return receipt requested, restricted delivery, a true
copy of this citation together with an attached copy of
PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR DISCLOSURE
to the following addressee at address:

_____        _____

                                                        ADDRESS

_____        Service was executed in accordance with Rule 106
(a)ADDRESSEE                                        (2) TRCP, upon the Defendant as evidenced by the
                                                             return receipt incorporated herein and attached
                                                             hereto at

                                                             on _____ day of _____, _____
                                                             by U.S. Postal delivery to _____

                                                             This citation was not executed for the following
                                                             reason: _____

                                                             MARILYN BURGESS, District Clerk
                                                             Harris County, TEXAS

                                                             By _____, Deputy

---

N.INT.CITM.P                               **\*73853634\***                  RECORDER'S MEMORANDUM
                                                                            This instrument is of poor quality
                                                                                at the time of imaging

**7019 2280 0000 0782 0323**

CAUSE NO. 202116533

RECEIPT NO. 930180  75.00  CTM
\*\*\*\*\*\*\*\*\*\*  TR # 73853634

PLAINTIFF: TOWNER, CAROLYN M                                  In The   334th
         vs.                                                  Judicial District Court
DEFENDANT: SAKS & COMPANY LLC (DBA SAKS FIFTH AVENUE/OFF 5TH) of Harris County, Texas
                                                              334TH DISTRICT COURT
                                                              Houston, TX

CITATION (CERTIFIED)
THE STATE OF TEXAS
County of Harris

TO: SAKS & COMPANY LLC (DBA SAKS FIFTH AVENUE/OFF 5TH) (IS A DELAWARE
    LIMITED LIABILITY COMPANY) MAY BE SERVED BY SERVING ITS REGISTERED
    AGENT CORPORATION SERVICE COMPANY
    OR WHEREVER IT MAY BE FOUND

    211  E 7TH STREET SUITE 620   AUSTIN  TX  78701

    Attached is a copy of PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR DISCLOSURE

This instrument was filed on the 22nd day of March, 2021, in the above cited cause number
and court. The instrument attached describes the claim against you.

     YOU HAVE BEEN SUED, You may employ an attorney. If you or your attorney do not file a
written answer with the District Clerk who issued this citation by 10:00 a.m on the Monday
next following the expiration of 20 days after you were served this citation and petition,
a default judgment may be taken against you. In addition to filing a written answer with the
clerk, you may be required to make initial disclosures to the other parties of this suit. These
disclosures generally must be made no later than 30 days after you file your answer with the
clerk. Find out more at TexasLawHelp.org.
TO OFFICER SERVING:
     This citation was issued on 24th day of March, 2021, under my hand and
seal of said Court.



Issued at request of:                   MARILYN BURGESS, District Clerk
HOVELL-COX, JENNINE                     Harris County, Texas
PO BOX 16276                            201 Caroline, Houston, Texas 77002
SUGAR LAND, TX  77496                   (P.O. Box 4651, Houston, Texas 77210)
Tel: (832) 209-2296
Bar No.: 24002313                       Generated By: MOMON, RHONDA  HWP//11710318

---

CLERK'S RETURN BY MAILING

Came to hand the _____ day of _____, _____, and executed by
mailing to Defendant certified mail, return receipt requested, restricted delivery, a true
copy of this citation together with an attached copy of
PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR DISCLOSURE
to the following addressee at address:


_____         _____
                                        ADDRESS

                                        Service was executed in accordance with Rule 106
(a)ADDRESSEE                               (2) TRCP, upon the Defendant as evidenced by the
                                              return receipt incorporated herein and attached
                                              hereto at

_____
                                        on _____ day of _____, _____
                                        by U.S. Postal delivery to _____


                                        This citation was not executed for the following
                                        reason: _____
                                        _____

                                        MARILYN BURGESS, District Clerk
                                        Harris County, TEXAS

                                        By _____, Deputy


N.INT.CITM.P                            **\*73853634\***



05-20-2021

Certified Document Number: 96018365 - Page 1 of 1

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging.



I, Marilyn Burgess, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this   June 15, 2021

Certified Document Number:        96018365 Total Pages:  1

*Marilyn Burgess*

Marilyn Burgess, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**