# Exhibit D

HCDistrictclerk.com        TOWNER, CAROLYN M vs. SAKS & COMPANY LLC        6/15/2021
                           (DBA SAKS FIFTH AVENUE/OFF 5TH)
                           Cause: 202116533      CDI: 7      Court: 334

## DOCUMENTS

| Number | Document | Post Jdgm | Date | Pgs |
|---|---|---|---|---|
| 96212507 | Notice of Nonsuit with Prejudice | | 06/07/2021 | 2 |
| 96212509 | Notice of Notice without Prejudice | | 06/07/2021 | 2 |
| 96212510 | Notice of Nonsuit without Prejudice | | 06/07/2021 | 2 |
| 96289838 | Domestic Return Receipt | | 06/02/2021 | 2 |
| 96289840 | Domestic Return Receipt | | 06/02/2021 | 2 |
| 96289841 | Domestic Return Receipt | | 06/02/2021 | 2 |
| 95991444 | Affidavit of Service-SAKS & COMPANY LLC | | 05/24/2021 | 1 |
| 95991446 | Affidavit of Service-SAKS FIFTH AVENUE OFF 5TH | | 05/24/2021 | 1 |
| 96018364 | Certified Mail Receipt | | 05/20/2021 | 1 |
| 96018365 | Certified Mail Receipt | | 05/20/2021 | 1 |
| 96018366 | Certified Mail Receipt | | 05/20/2021 | 1 |
| 95932253 | Certified Mail Tracking Number 7018 2290 0001 3523 9859 | | 05/18/2021 | 2 |
| 95932254 | Certified Mail Tracking Number 7018 2290 0001 3524 7960 | | 05/18/2021 | 2 |
| 95932255 | Certified Mail Tracking Number 7018 2290 0001 3524 7953 | | 05/18/2021 | 2 |
| 95880995 | Request for Issuance of Service | | 05/17/2021 | 1 |
| 95880996 | Request for Issuance of Service | | 05/17/2021 | 1 |
| 95880997 | Request for Issuance of Service | | 05/17/2021 | 1 |
| 95880998 | Request for Issuance of Service | | 05/17/2021 | 1 |
| 95881000 | Request for Issuance of Service | | 05/17/2021 | 1 |
| 95881001 | Request for Issuance of Service | | 05/17/2021 | 1 |
| 95841681 | Request for Issuance of Service | | 05/13/2021 | 2 |
| 95808755 | Plaintiffs First Amended Petition and Request for Disclosure | | 05/12/2021 | 7 |
| 95211771 | Domestic Return Receipt | | 04/01/2021 | 1 |
| 95101888 | Certified Mail Receipt | | 03/26/2021 | 1 |
| 95025684 | Certified Mail Tracking Number 7019 2280 0000 0782 0323 | | 03/24/2021 | 2 |
| 94927749 | Plaintif's Original Petition And Request For Disclosure | | 03/22/2021 | 5 |
| ·> 94927750 | Request For Issuance Of Service | | 03/22/2021 | 1 |