# Exhibit F

Counsel on Record

**MICHAEL JOHN RAMIREZ**
State Bar No. 00788238
mramirez@grsm.com
2200 Ross Avenue, Suite 3700
Dallas, Texas 75201
214-231-4713 Telephone
214-461-4053 Facsimile


**THEODORE C. YARBROUGH**
State Bar No. 24093655
tyarbrough@grsm.com
2200 Ross Avenue, Suite 3700
Dallas, Texas 75201
214-231-4699 Telephone
214-461-4053 Facsimile


**JENNINE HOVELL-COX**
Law Offices of Jennine Hovell-Cox
P.O. Box 16276
Sugar Land, Texas 77496
hovellcoxlaw@hotmail.com