UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CAROLYN M. TOWNER | § | |
| | § | |
| | § | CIVIL ACTION NO. 4:21-cv-2029 |
| Plaintiff, | § | |
| | § | |
| V. | § | |
| | § | |
| SAKS & COMPANY, LLC DBA SAKS | § | |
| FIFTH AVENUE/OFF 5TH a Delaware | § | |
| Limited Liability Company | § | |
| | § | |
| Defendants. | § | |

**JOINT NOTICE OF SETTLEMENT OF CLAIMS AGAINST
SAKS & COMPANY, LLC DBA SAKS FIFTH AVENUE/OFF 5$\underline{th}$ a Delaware Limited
Liability Company AND SAKS, INC**

TO THE HONORABLE JUDGE OF THE DISTRICT COURT:

Plaintiff, Carolyn M. Towner, through her attorney of record and Defendants, SAKS & COMPANY, LLC DBA SAKS FIFTH AVENUE/OFF 5th a Delaware Limited Liability Company AND SAKS, INC, through their attorneys respectfully submit this Notice of Settlement of Claims, and inform the Court as follows:

1. Plaintiff and Defendants have reached an agreement to resolve Plaintiff's Claims against said Defendants.

2. The Parties are in the process of finalizing a confidential settlement agreement and will be filing a Notice of Dismissal With Prejudice once the finalization of the settlement has been completed.

3. As a result of the settlement agreement, the Parties respectfully request a thirty (30) day extension of all pending deadlines associated with the above captioned matter as stated in the Order for Conference entered by this Court on July 12, 2021.

Respectfully submitted,

LAW OFFICES OF JENNINE HOVELL-COX

By *Jennine Hovell-Cox*
Jennine Hovell-Cox, Esq.
Texas Bar No. 24002313
P.O. Box 16276
Sugar Land, TX 77496-6276
Tel.  (832) 209-2296
Fax. (832) 565-1520
Email: hovellcoxlaw@hotmail.com
Attorney for Plaintiff


GORDON REES SCULLY MANSUKHANI LLP

_____
MICHAEL JOHN RAMIREZ SD ID # 29718
mramirez@grsm.com

_____
THEODORE C. YARBROUGH SD ID# 3575080
tyarbrough@grsm.com
2200 Ross Avenue, Suite 3700 Dallas, Texas 75201
214-231-4660 (Telephone)
214-461-4053 (Facsimile)


## CERTIFICATE OF SERVICE

I, Jennine Hovell-Cox, the undersigned counsel for Plaintiff Carolyn M. Towner, hereby certify that a true and correct copy of the foregoing Joint Notice of Settlement of Claims is being filed electronically through the Electronic Case Filing (ECF) system provided by the Court and shall be available for viewing and downloading from the ECF system by all counsel of record and to those registered to receive a Notice of Electronic Filing for this case on this   26   th day of July, 2021.


*Jennine Hovell-Cox*
Jennine Hovell-Cox