United States District Court
Southern District of Texas
**ENTERED**
July 27, 2021
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| CAROLYN M. TOWNER, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION H-21-2029 |
| | § | |
| SAKS & COMPANY, LLC | § | |
| | § | |
| *Defendant.* | § | |

## CONDITIONAL ORDER OF DISMISSAL

Having been advised that a settlement has been reached between plaintiff and defendant, the Court dismisses this case without prejudice to reinstatement of plaintiff's claims if any party represents to the Court within 30 days from the date of this order that the settlement could not be completely documented. The court retains jurisdiction over any settlement agreements.

Signed at Houston, Texas on July 27, 2021.

_____
Gray H. Miller
Senior United States District Judge